**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01269-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

RUSSELL K. HILL,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff, a state prisoner in Mississippi, has submitted to the court a "Writ of Prohibition" (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 2).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   xx   is missing authorization to calculate and disburse filing fee payments on proper form
(7)   ___   is missing an original signature by the prisoner

(8)  xx     is not on proper form (must use the court's current form)
(9)  ___    names in caption do not match names in caption of complaint, petition or habeas application
(10) ___    other: _____.

**Complaint, Petition or Application**:
(11) ___    is not submitted
(12) xx     is not on proper form (must use the court's current prisoner form)
(13) ___    is missing an original signature by the prisoner
(14) ___    is missing page nos. ___
(15) ___    uses et al. instead of listing all parties in caption
(16) ___    names in caption do not match names in text
(17) ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___    other: _____.

Accordingly, it is

    ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

    FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

    FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

    DATED June 16, 2015, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Gordon P. Gallagher
                                      United States Magistrate Judge