**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01269-GPG

RUSSELL K. HILL,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion to Clarify (ECF No. 5) is GRANTED and the court clarifies the Order Directing Plaintiff to Cure Deficiencies with the following information: Pursuant to Rule 5.1(c) of the Local Rules of Practice of the United States District Court for the District of Colorado – Civil, "[i]f not filed electronically, an unrepresented prisoner or party shall use the procedures, forms, and instructions posted on the court's website." The clerk of the court is directed to mail to Plaintiff, together with a copy of this minute order, blank copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint. Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the deficiencies as directed. Plaintiff is reminded that the instant action will be dismissed without further notice if he fails to cure all of the deficiencies within the time allowed.

Dated: July 7, 2015